**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2349**

---

NANCY LEE BOGART,

Plaintiff - Appellant,

versus

DIMITRA J. CURRY; GEICO INSURANCE COMPANY; NA-
TIONWIDE INSURANCE COMPANY, Nationwide Mutual
Insurance Company & Affiliated Companies;
CHRISTOPHER W. BOGART,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (CA-97-907)

---

Submitted: March 12, 1998        Decided: March 23, 1998

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nancy Lee Bogart, Appellant Pro Se. Daniel Lance Robey, ROBEY &
TEUMER, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees' motions to dismiss for lack of subject matter jurisdiction and denying Appellant's motion to reconsider. <u>See</u> 28 U.S.C.A. § 1332 (West 1993 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny Appellant's motion to compel Appellees to respond to interrogatories. <u>Bogart v. Curry</u>, No. CA-97-907 (E.D. Va. Aug. 13 & Sept. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2